**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ERIKA CORDOVA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 21-1031-JWB-GEB |
| | ) |
| **TEXTRON AVIATION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiff Erika Cordova filed this case pro se on January 29, 2021, asserting employment discrimination claims against defendant Textron Aviation, Inc. She initially sought to proceed without payment of the filing fee (Motion, ECF No. 3, *sealed*), and the Court ordered her to supplement her financial affidavit due to missing information. (Order, ECF No. 5.) However, in lieu of doing so, Plaintiff paid the filing fee on April 30, 2021. In its order denying Plaintiff's motion to proceed *in forma pauperis* as moot, the Court extended her deadline to serve Defendant with the summons and Complaint to July 5, 2021. (Mem. and Order, ECF No. 7 at 3.)

On June 14, 2021, Plaintiff asked for an extension of the deadline to serve Defendant, citing her desire to locate legal representation and her difficult work and school schedule. (Motion, ECF No. 8.) Finding good cause, the Court granted her extension and reset her deadline to serve Defendant under Fed. R. Civ. P. 4(m) to September 6, 2021. (Order, ECF No. 9.) Thereafter, on August 23, 2021, a summons was issued to Plaintiff for

service on Defendant. (*See* docket entry, August 23, 2021.) However, no return of service or other confirmation of service of process was filed which would demonstrate service on Defendant on or before the September 6, 2021 deadline.

Therefore, the Court orders Plaintiff to **show cause in writing** to the undersigned United States Magistrate Judge, on or before **October 15, 2021**, why she should not recommend the dismissal of this case with prejudice for failure to timely serve Defendant and lack of prosecution under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated this 24th day of September, 2021.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge
